UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENNETH WAYNE PRIMUS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-165** |
| **CAPTAIN PARETTI, ET AL.** | **SECTION: "J"(3)** |

### O R D E R

The Court, having considered the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 70)** and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore

**IT IS HEREBY ORDERED** that defendant Diedre McKnight's *Motion to Dismiss* **(Rec. Doc. 48)** is **DENIED as moot**. Defendant McKnight is permitted to refile her motion to dismiss in a timely fashion making any changes as necessary to address the third amended complaint.

New Orleans, Louisiana, this 12th day of December 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE