## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**KENNETH WAYNE PRIMUS**                                    **CIVIL ACTION**

**VERSUS**                                                               **NO. 24-165**

**CAPTAIN PARETTI, ET AL.**                              **SECTION: "J"(3)**

### <u>O R D E R</u>

The Court, having considered the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 108) and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore

**IT IS ORDERED** that that defendant Diedre McKnight's Motion to Dismiss (Rec. Doc. 80) is **GRANTED IN PART** and **DENIED IN PART**.

It is further **ORDERED** that the claims against McKnight in her official capacity, as well as the medical indifference, failure to intervene, and conditions of confinement claims against her in her individual capacity are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that Primus's § 1983 claim against defendant McKnight in her individual capacity for failure to protect arising from the alleged sexual assault on October 11, 2023, is allowed to proceed and remains referred to the undersigned Magistrate Judge for further pretrial proceedings.

New Orleans, Louisiana, this 24th day of March, 2025.

**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**