UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENNETH WAYNE PRIMUS                                          CIVIL ACTION

VERSUS                                                                      NO. 24-165

CAPTAIN PARETTI ET AL.                                        SECTION: "J"(3)

### O R D E R

The Court, having considered the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 126), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that Defendants' *Motion to Dismiss* **(Rec. Doc. 78)**, which was converted to a motion for summary judgment (*see* Rec. Doc. 89), is **GRANTED**.

**IT IS FURTHER ORDERED** that summary judgment is granted in Defendants' favor and that all claims against Defendants Daniel Fleischman, Rhonda Simmons, Stephen Paretti, Lieutenant Aaron Mendow, Corporal Van Halen, Corporal Hannah Kairdolf, Deputy Michael Cartner, Deputy Brandon Dussouy, and Deputy Julian Harrington in both their official and individual capacities are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over any state law claims under 28 U.S.C. § 1367(c) and that such claims against these Defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Primus's *Motion for Preliminary Injunction* **(Rec. Doc. 117)** is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to **TERMINATE** Sheriff Randy Smith, Lieutenant Moore, Sergeant Harrison, and Travis Martin because they are not in fact parties to this lawsuit.

New Orleans, Louisiana, this 7th day of May, 2025.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**